[No. 12834–5–I.  Division One.  September 9, 1985.]

*In the Matter of the Marriage of* PATRICIA ANNE WILBERT, *Respondent, and* GERHARD KARL WILBERT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–3–09947–9, Stanley Stone, J. Pro Tem., entered January 24, 1983. *Affirmed* by unpublished opinion per Corbett, C.J., concurred in by Williams, J., and Hopp, J. Pro Tem.

[No. 12265–7–I.  Division One.  September 9, 1985.]

ERIC L. NUTT, ET AL, *Respondents, v.* DEVON LEE CORPORATION, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–2–02096–0, Terrence A. Carroll, J., entered September 17, 1982. *Affirmed in part* and *reversed in part* by unpublished opinion per Coleman, J., concurred in by Grosse, J., and Hopp, J. Pro Tem.

[No. 7033–2–II.  Division Two.  September 10, 1985.]

THE STATE OF WASHINGTON, *Respondent, v.* JOHN JOSEPH KELLER, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 83–1–00080–7, Robert L. Harris, J., entered April 13, 1983. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Alexander, J.